IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DOUGLAS BRYAN HOUSE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 4:18CV3172 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD JOHNSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

Upon initial review, I now dismiss this § 2241 petition without prejudice because it is unintelligible. I am not even sure in what state case Petitioner is seeking relief. While my independent research indicates that it is probably CR 18 15182 in the County Court of Lancaster County, Nebraska, I cannot be sure because there are several case numbers mentioned. The petition, not using the prescribed form, is rambling, disjointed and replete with "sovereign citizen" jargon.

Out of an abundance of caution, I will allow Petitioner to file an amended petition using only the official form. Petitioner should take care to answer briefly each question and without jargon. He should take particular care to specify which state case he is attacking.

Petitioner is advised that he cannot attack two separate cases in one petition. Petitioner is also advised that he cannot attack a case where he was not a defendant. Furthermore, Petitioner is advised to state his claim or claims succinctly.

IT IS ORDERED that:

1. The habeas corpus petition (filing no. 1) including all attachments and supplements thereto is dismissed without prejudice.

2. Petitioner's Motion to Amend Exhibit 23 to Habeas Petition (filing no. 11) is granted to the extent the court considered Exhibit 23 as supplemental to the habeas petition.

3. The Clerk shall send Petitioner the form for filing a 28 U.S.C. § 2241 case (Form AO242).

4. Petitioner is given leave to file an amended petition using only the official form and that petition must be received by the Clerk's office no later than the close of business on **Monday, February 11, 2019**, or this matter will be dismissed without prejudice and without further notice. To avoid confusion, any document Petitioner sends to the clerk of the court for filing in this case must clearly display the case number.

5. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **February 11, 2019**: check for amended habeas petition.

DATED this 11th day of January, 2019.

                              BY THE COURT:

                              s/ *Richard G. Kopf*
                              Senior United States District Judge