IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS BRYAN HOUSE,<br><br>              Petitioner,<br><br>vs.<br><br>BRAD JOHNSON,<br><br>              Respondent. | 4:18CV3172<br><br>**MEMORANDUM<br>AND ORDER** |

On January 11, 2019, the court dismissed Petitioner's § 2241 petition ([filing no. 1](#)) without prejudice because it is unintelligible and gave Petitioner leave to file an amended petition by February 11, 2019. ([Filing No. 13](#).) To date, Petitioner has not filed an amended petition or taken any other action in this matter.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus ([filing no. 1](#)) is denied and dismissed without prejudice. No certificate of appealability has been or will be issued. A separate judgment will be entered.

Dated this 21st day of February, 2019.

                                                  BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  Senior United States District Judge